# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 71-56 |
| FRANKLIN H. FRYE. | BAH/DAR |

## REPORT AND RECOMMENDATION

By the Amended Consent Order for Conditional Release filed on April 4, 2016, the undersigned, subject to the approval of the Chief Judge, permitted Acquittee Franklin Frye convalescent leave, at the discretion of St. Elizabeths Hospital, enabling him to reside in a nursing home or hospice facility.  ECF No. 56 at 3, ¶ 2.[*]  Unfortunately, on May 12, 2016, the Court, counsel and Acquittee's guardian were advised that on May 4, 2016, Acquittee was hospitalized and, thereafter, passed away on May 11, 2016.

It is, therefore, this 13th day of May, 2016,

**RECOMMENDED** that this matter be **CLOSED**.

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge

**Within fourteen days, either party may file written objections to this report and recommendation.  The objections shall specifically identify the portions of the findings and recommendations to which objection is made and the basis of each such objection.  In the absence of timely objections, further review of issues addressed herein may be deemed waived.**

---

[*] This action was referred to the undersigned on April 9, 2014.  ECF No. 31.  The complete subsequent course of proceedings before the undersigned is reflected in the 04/17/2014, 06/23/2014, 06/30/3014, 10/01/2014, 10/09/2014, 01/07/2015, 07/20/2015, 08/21/2015, 10/30/2015 and 02/19/2016 Minute Entries; the 05/09/2014, 05/19/2014, 02/03/2016 and 03/23/2016 Minute Orders; and the 07/21/2014 (ECF No. 35) and 10/15/2014 (ECF No. 41) Reports and Recommendations.